IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIREK ERIC ROBINSON,
    Plaintiff,

vs.                            Case No: 3:12cv36/MCR/CJK

SANTA ROSA COUNTY SHERIFF
OFFICE, et al.,
    Defendants.

## **REPORT AND RECOMMENDATION**

    This civil rights case filed under 42 U.S.C. § 1983 is before the Court upon referral from the Clerk.  On July 24, 2012, the Court entered an order directing plaintiff to file either an amended civil rights complaint or a notice of voluntary dismissal, within thirty (30) days.  (Doc. 10).  Plaintiff was warned that failure to do so would result in a recommendation that this case be dismissed.  To date, plaintiff has not complied with the order, and has not responded to the Court's September 11, 2012 order (doc. 11) requiring him to show cause, within fourteen days, why this case should not be dismissed.

    Accordingly, it is respectfully RECOMMENDED:

    1.  That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2.  That the Clerk be directed to close the file.

At Pensacola, Florida this 12th day of October, 2012.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *Se*e 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).